Arthur L. BANKS, Appellant,

v.

STATE of Missouri, Respondent.

No. 62084.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 2, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 1993.

Application to Transfer Denied
May 25, 1993.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., and SMITH and STEPHAN, JJ.

## ORDER

PER CURIAM.

Appellant, Arthur Banks, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. We have reviewed the briefs and arguments of the parties, the transcript and the legal file, and can find no error on the part of the motion court. In addition, we find that no jurisprudential purpose would be served by a written opinion. Appellant's appeal is, therefore, affirmed pursuant to rule 84.-16(b). The parties have been provided with a memorandum, solely for their own information, setting out the reasons for our decision.